

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-14-00227-CV

**BEXAR APPRAISAL DISTRICT,**
Appellant

v.

**SIVAGE INVESTMENTS, LTD.** and Sivage Community Development, Inc,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-04570
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant has filed an unopposed motion to consolidate appeal numbers 04-14-00227-CV, 04-14-00228-CV, 04-14-00229-CV, and 04-14-00230-CV. Based on the representations in the motion regarding the similarities in the cases, this court has determined that the appeals should be consolidated for briefing and argument.

We therefore **grant** the motion and **order** the appeals consolidated for the purpose of briefing and argument. The parties shall file all motions, briefs, and other documents as if the four appeals were one case, but shall include all four appeal numbers in the style. *See* TEX. R. APP. P. 9.3(a). The records for the four appeals shall remain separate. The four appeals will be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal absent a motion requesting different time considerations. The court will dispose of all four appeals with the same judgment, opinion, and mandate.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court